UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RICKY JONES,

          Petitioner,

      v.                        Case No. 07-C-619

WILLIAM CARLSON

          Respondent.

## RECOMMENDATION THAT THE PETITION BE DISMISSED

On July 5, 2007, the petitioner, a person incarcerated pursuant to a state court judgment, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, the petitioner failed to use the standard form required in this district for such petitions. Therefore, on July 16, 2007, the court permitted the petitioner to submit an amended petition utilizing this district's standard form for § 2254 cases and conforming with the requirements set forth on that form within 30 days of this order. The petitioner was advised that failure to amend his petition within 30 days would result in this court recommending that his petition be dismissed. Further, this court provided the petitioner with a copy of the required form.

The petitioner has failed to timely file an amended petition and therefore the court shall recommend that the petition be dismissed.

**IT IS THEREFORE ORDERED** that this case is returned to the Clerk for random assignment to a district judge.

**IT IS FURTHER RECOMMENDED** that the petitioner's petition for a writ of habeas corpus be dismissed.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C) and General Local Rule 72.3 (E.D. Wis.), whereby written objections to any recommendation herein or part thereof may be filed within ten days of service of this recommendation. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Courtesy paper copies of any objections shall be sent directly to the chambers of the district judge assigned to the case. Failure to file a timely objection with the district court shall result in a waiver of your right to appeal.

Dated at Milwaukee, Wisconsin this <u>24th</u> day of August, 2007.

<u>s/AARON E. GOODSTEIN</u>
U.S. Magistrate Judge
